AMERICAN GRAPHOPHONE CO. v. LEEDS & CATLIN CO. et al.

(Circuit Court of Appeals, Second Circuit. May 3, 1909.)

No. 181.

On Motion to Vacate Stay of Mandate.

C. A. L. Massie, for the motion.
Louis Hicks, opposed.

Before COXE, WARD, and NOYES, Circuit Judges.

PER CURIAM. The motion to vacate the stay of the mandate in this case is denied, and the stay continued until the adjournment of the Supreme Court upon the defendants' giving a bond in the sum of $5,000 conditioned to pay all profits and damages earned by the defendants or sustained by the complainant because of the stay, with leave, in case the Supreme Court adjourn without having denied the writ of certiorari, to apply to this court or any judge thereof for a further stay.